1  MATTHEW J. HAFEY (SB # 167122)     JS-6
   NEMECEK & COLE
2  A Professional Corporation
   15260 Ventura Blvd., Suite 920
3  Sherman Oaks, California 91403
   Telephone: 818-788-9500
4  Facsimile: 818-501-0328

5  Attorneys for Plaintiffs
   FILLMORE CONVALESCENT CENTER, LLC, and
6  A. EDUARDO GONZALEZ, an individual

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FILLMORE CONVALESCENT CENTER, LLC, a California limited liability company; A. EDUARDO GONZALEZ, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CONTINUING CARE RISK RETENTION GROUP, INC., a corporation; MAGNOLIA LTC MANAGEMENT SERVICES, INC., a California corporation; MARIA ARELLANO, by and through her guardian ad litem JOSE ANGEL ARELLANO and DOES 1 through 150, inclusive,<br><br>　　　　　　Defendants.<br>_____ | Case No. 11CV4185-MMM (PWx)<br><br>**[PROPOSED] ORDER REMANDING TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF VENTURA** |

　　　WHEREAS on May 16, 2011, defendants CONTINUING CARE RISK RETENTION GROUP, INC. ("CCRRG") and MAGNOLIA LTC MANAGEMENT SERVICES, INC. ("MAGNOLIA") removed this matter from the Ventura County Superior Court pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) or, alternatively, 28 U.S.C. § 1331 (Federal question jurisdiction); and

/ / /

1 | WHEREAS in support of Defendants' Notice of Removal, CCRRG took the
position that it was a "citizen" of South Carolina for purposes of diversity; and

WHEREAS in support of Defendants' Notice of Removal, MAGNOLIA took the position that it had been joined as a "sham" defendant, asserting that MAGNOLIA was not a party to the insurance agreement at issue in this lawsuit and could not be sued as the "alter ego" of CCRRG; and

WHEREAS in support of Defendants' Notice of Removal, they also asserted that this matter arises under the Federal Liability Risk Retention Act, 15 U.S.C. § 3901 *et seq.* and confers upon the Court Federal question jurisdiction pursuant to 28 U.S.C. § 1331; and

WHEREAS on June 9, 2011, this Court issued an Order Granting Plaintiff's Motion to Remand in a related case, *Arellano v. CCRRG et al.*, U.S.D.C. Case No. 2:11CV1058 MMM (Pwx) (the *"Arellano* Federal Action") and determined that (a) CCRRG was a California "citizen" for purposes of diversity jurisdiction; (b) MAGNOLIA, a California citizen, had not been fraudulently joined as a defendant; and (c) the Federal Liability Risk Retention Act as applied to this case does not confer Federal question jurisdiction on the Court; and

Having considered the Stipulation of counsel and GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED as follows:

1. This matter shall be remanded forthwith to the Superior Court of the State of California, County of Ventura, and placed back on that Court's docket under the original Case No., 56-2011-00394088;

2. The Clerk of the Court shall transmit a certified copy of this Order to the Clerk of the Superior Court, along with certified copies of the Court's file;

/ / /
/ / /
/ / /
/ / /

3. The Answer filed May 27, 2011 by CCRRG and MAGNOLIA shall serve as the Answer in the Superior Court pursuant to *Laguna Village, Inc. v. Laborers' Internat. Union of North America* (1983) 35 Cal.3d 174.

Dated: June 15, 2011

_____
UNITED STATES DISTRICT JUDGE